

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00240-CV

**IN THE INTEREST OF R.L.L.** III and A.L.L., Children

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA02373
Honorable Peter Sakai, Judge Presiding[1]

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's order of termination is AFFIRMED.

We order that no costs be assessed against appellant Mother because she is indigent.

SIGNED November 21, 2018.

_____
Marialyn Barnard, Justice

---

[1] The Honorable Angelica Jimenez is the presiding judge of the 408th District Court, Bexar County, Texas. The Honorable Charles Montemayor, Associate Judge, signed the original termination order. However, the original termination order was reviewed de novo by the Honorable Peter Sakai, presiding judge of the 225th Judicial District Court, Bexar County, Texas, who rendered the order of termination that is the subject of this appeal.